# PELTON GRAHAM LLC

ADVOCATES FOR JUSTICE

October 14, 2021

Brent E. Pelton, Esq.
Pelton@PeltonGraham.com

<u>**VIA CM/ECF**</u>

Magistrate Judge Marcia M. Henry
United States District Court
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      **Re:**    <u>*Merino, et al. v. Mike & Cathy's Sons, Inc., et al.*</u>
            <u>Civil Action No. 20-cv-2850 (MMH)</u>

Dear Magistrate Judge Henry:

    This office represents the plaintiffs in above-referenced action. We write to supplement plaintiffs' September 10, 2021 Motion for Approval of FLSA Settlement (Dkt. No. 30), with the parties' fully-executed Settlement Agreement. The Settlement Agreement which was filed simultaneously with the Motion (Dkt. No. 30-2) had not been signed by defendants. All parties have now executed the attached Settlement Agreement, which we respectfully submit for Your Honor's review and approval.

    We appreciate Your Honor's attention to this matter.

                                      Respectfully submitted,

                                      */s/ Brent E. Pelton*

                                      Brent E. Pelton, Esq. of
                                      PELTON GRAHAM LLC

Enclosure

cc:     All Counsel (via CM/ECF)

**New York**: 111 Broadway, Suite 1503, New York, NY 10006  Tel. 212-385-9700  Fax 212-385-0800
**San Francisco**: 456 Montgomery Street, 18th Fl., San Francisco, CA 94104  Tel. 415-437-9100  Fax 212-385-0800

www.PeltonGraham.com